UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUSTIN RYAN KEAGHEY | CIVIL ACTION |
| VERSUS | NO. 18-517 |
| TERREBONNE PARISH SHERIFF'S OFFICE ET AL. | SECTION "I" (2) |

## **O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Justin Ryan Keaghey are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __24th__ day of __May__, 2018.

_____
UNITED STATES DISTRICT JUDGE